IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CASE NO:  1:05CV269

| | |
|---|---|
| Jimmy L. and Harriett Rogers,<br>as Managing Partners for J.L. Rogers,<br>Family Limited Partnership,<br><br>                              Plaintiffs,<br><br>        vs.<br><br>Charles Butz, Linda Butz,<br>and Timothy M. Sivore,<br><br>                              Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**FILED**
ASHEVILLE, N. C.

AUG 15 2005

U.S. DISTRICT COURT
W. DIST. OF N. C.

## <u>ORDER</u>

THIS MATTER is before the Court on "Defendants' Motion for Extension of Time to Serve a Response to Plaintiffs' Complaint" and it appearing that the Plaintiffs' consent to the entry of this Motion, it is hereby granted and Defendants are allowed an additional twenty, (20), days to file a Response to Plaintiffs' Complaint.  Defendants' Response is now due on or before September 5, 2005.

This the 15th day of August, 2005.

_Elizabeth G. Barton, Deputy_
Clerk of U.S. District Court
Western District of North Carolina

Rogers et al v. Butz et al

Doc. 7

Dockets.Justia.com