IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| JIMMY L. and HARRIETT ROGERS,<br>as Managing Partners for J. L. ROGERS<br>FAMILY LIMITED PARTNERSHIP,<br><br>    Plaintiff,<br><br>v<br><br>CHARLES BUTZ, LINDA BUTZ, and<br>TIMOTHY M. SIVORE,<br><br>    Defendants. | CIVIL NO. 1:05-CV-269 |

## ORDER

**THIS MATTER** is before the court upon the plaintiff's motion for admission *pro hac vice* of Larry Lee Plumblee and James L. Rogers to appear as counsel for the plaintiff in this matter filed on September 15, 2006.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that plaintiff's motion is **ALLOWED**, and that Larry Lee Plumblee and James L. Rogers are hereby granted special admission to the bar of this court, after payment of the admission fees having been paid to the Clerk of this court.

Signed: September 22, 2006

Dennis L. Howell
United States Magistrate Judge